UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture | CIVIL NO. |
| Plaintiff | Foreclosure of Mortgage |
| v. | |
| NORMA IRIS FEBUS LÓPEZ; GERARDO COLON COLON, DELIA ENID PADILLA, and their Conjugal Partnership | |
| Defendants | |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States of America -acting by the United States Department of Agriculture- through the undersigned attorney, who respectfully alleges and prays as follows:

1. Jurisdiction of this action is conferred on this Court by 28 U.S.C. Section 1345.

2. Plaintiff, United States of America, is acting through the United States Department of Agriculture, which is organized and existing under the provisions of the Consolidated Farm and Farm Service Agency Act, 7 U.S.C. §1921 et seq. Plaintiff is the owner and holder of one (1) promissory note that affects the property described further below.

3. Said promissory note is for the amount of **$185,000.00,** with annual interest of 5.00%, subscribed on October 29, 1998. *See Exhibit 1*

4. For the purpose of securing the payment of said promissory note, Norma Iris Febus López executed a voluntary mortgage, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 118, before Notary Public

Efraín Bermúdez Rivera. This mortgage is duly recorded at the Property Registry of Guayama at page 161 of volume 165 of Salinas, Puerto Rico, property number 6,014, 7th inscription. *See Exhibits 2 and 3.*

5.  The note for $185,000.00 was modified on August 15, 2003, for the amount of $187,719.56, under the terms and conditions stipulated and agreed therein, through Deed No. 146. *See Exhibits 4 and 5*

6.  According to the Property Registry, codefendants GERARDO COLON COLON and DELIA ENID PADILLA are the owners of record of the real estate property subject of this case. Said property is described -as it was recorded in Spanish- as follows:

    RÚSTICA: Predio de terreno marcado con el número quince (15) en el plano de subdivisión de la finca Húcar sita en el Barrio Lapas del término municipal de Salinas, Puerto Rico, compuesta de trece cuerdas con ochenta mil ochocientos ochenta y ocho diez milésimas de otra (13.80888) equivalentes a cincuenta y cuatro mil doscientos setenta y cuatro punto treinta y siete sesenta y uno metros cuadrados (54,274.37610), con lindes: por el NORTE, con la finca número catorce (14); por el SUR, con la finca número diez y seis (16); por el ESTE, con camino que la separa de los terrenos para uso público; y por el OESTE, con la Hacienda Húcar, Inc.

    PROPERTY NUMBER: 6,014, recorded at page 80 of volume 277 of Salinas, Registry of the Property of Guayama, Puerto Rico.

    *See Title Search attached as Exhibit 3*

7.  The title search attached to this complaint confirms the registration of the mortgage liens that secure the loan obligations between the plaintiff and the defendants. *See Exhibits 3*

8.  It was expressly stipulated in the note evidencing the indebtedness that default in the payment of any part of the covenant or agreement therein contained will authorize the plaintiff, as payee of said notes, to declare due and payable the total amount of the indebtedness evidenced by said notes and proceed with the execution and/or foreclosure of the mortgage.

2

9.     The defendant party herein has failed to comply with the terms of the mortgage contract by failing to pay the installments due on all notes until the present day, and that after declaring all the indebtedness due and payable, the defendant party owes to the plaintiff, according to the Certification of Indebtedness included herein as *Exhibit 6*, the following amounts:

   a) On the $185,000.00 Note, as modified:

      1)  The sum of $185,697.91, of principal;

      2)  The sum of $155,254.93 of interest accrued as of October 15, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $25.4381;

      3)  Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

10.    The indebtedness evidenced by the aforementioned notes is secured by the mortgages over the properties described in this complaint.

11.    Codefendant Norma Iris Febus López is not currently active in the military service for the United States. Plaintiff is unable to provide a "Status Report pursuant to Servicemembers Civil Relief Act" for the remainig codefendants since we do not know their social security numbers. *See Exhibit 7.*

12.    The real estate properties mentioned before are subject to the following liens in the rank indicated:

   (A)   <u>Property 8,991</u>:
      1)   Recorded liens with preference or priority over mortgage herein included:
         a)  Restrictive conditions of use and building, constituted by deed #13, executed in San Juan, Puerto Rico, on March 31, 1982, before Rafael

3

Pérez Fussa Notary Public, recorded at page 157 of volume 165 of Salinas, property number 6,014, 1st inscription.

2) Junior Liens with inferior rank or priority over mortgage herein included:

-NONE.

## VERIFICATION

I, JACQUELINE LAZU LABOY, of legal age, married, executive and resident of Humacao, Puerto Rico, in my capacity as acting LRTF Director of the Farm Service Agency, San Juan, Puerto Rico, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

1) My name and personal circumstances are stated above;

2) I subscribed this complaint as the legal and authorized representative of the plaintiff;

3) Plaintiff has a legitimate cause of action against the defendants above named which warrants the granting of relief requested in said complaint;

4) Defendants are a necessary and legitimate party to this action in view of the fact that they originated or assumed the mortgage obligation subject of this foreclosure, or bought the property subject to said mortgage;

5) From the information available to me and based upon the documents in the Farm Service Agency, it appears that defendants have not been declared incompetent by a court of justice with authority to make such a declaration;

6) I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge and to the documents contained in the files of the Farm Service Agency;

7) I have carefully examined the Exhibits included to this complaint which are true

4

and correct copies of the originals. The mortgage deeds have been duly recorded in the Property Registry.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In San Juan, Puerto Rico, this 22 day of October , 2020.

JACQUELINE LAZU LABOY

PRAYER

WHEREFORE, the plaintiff demands judgment as follows:

a)      That defendant's party pays unto the plaintiff the amounts claimed on this complaint;

b)      Or in default thereof that all legal right, title and interest which the defendants may have in the property described in this complaint and any building or improvement thereon be sold at public auction and that the monies due to the United States as alleged in the preceding paragraphs be paid out of the proceeds of said sale;

c)      That the defendants and all persons claiming or who may claim by, from or under them be absolutely barred and foreclosed from all rights and equity of redemption in and to said property;

d)      That if the proceeds of such sale be insufficient to cover the amounts specified under paragraph 16 of this prayer, said defendant be adjudged to pay to the United States the total amount of money remaining unsatisfied to said paragraph (a) of this prayer, and execution be issued forthwith against said defendants for the payment of said deficiencies against any of the properties of said defendants;

e)      That if the proceeds of said sale exceed the sum of money to be paid to the United States as aforesaid, any such excess be deposited with the Clerk of this Court subject

5

to further orders from the Court;

      f)     That once the property is auctioned and sold, the Clerk of this Court issue a writ addressed to the Registry of the Property ordering the cancellation of the foreclosed mortgage and of any other junior liens recorded therein;

      g)    For such further relief as in accordance with law and equity may be proper.

    In Guaynabo, Puerto Rico, this  October 27      , 2020.


/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913

FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 9300
SAN JUAN, PR 00908
TEL.  787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

**USDA-FmHA**
Form FmHA 1940-17
(Rev. 4-92)

## PROMISSORY NOTE

| KIND OF LOAN |
| --- |
| Type: __FO__   ☐ Regular |
| ☒ Limited |
| Resource |
| **Pursuant to:** |
| ☐ Consolidated Farm & Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Name | |
| --- | --- |
| NORMA IRIS FEBUS LOPEZ | |
| State | County |
| PUERTO RICO | PONCE |
| Case No. | Date |
| 63-26-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 | OCTOBER 29, 1998 |
| Fund Code | Loan No. |
| 41 | 01 |

**ACTION REQUIRING NOTE**

| | |
| --- | --- |
| ☒ Initial loan | ☐ Rescheduling |
| ☐ Subsequent loan | ☐ Reamortization |
| ☐ Consolidated & subsequent loan | ☐ Credit sale |
| | ☐ Deferred payments |
| ☐ Consolidation | ☐ Debt write down |
| ☐ Conservation easement | |

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture, (herein called the "Government"), or its assigns, at its office in __PONCE, PUERTO RICO-----------------------__

__-------------------__, or at such other place as the Government may later designate in writing, the principal sum of

__ONE HUNDRED EIGHTY FIVE THOUSANDS---------------------------------------------__dollars

($__185,000.00--------------------------------__), plus interest on the unpaid principal balance at the **RATE** of

__FIVE---------------------------------------------------------------__percent (__05.000--------__%) per annum and

__------------------------------------------------------__dollars ($__-------------------__) of Noncapitalized interest. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may **CHANGE THE RATE OF INTEREST**, in accordance with regulations of the Farmers Home Administration, not more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower's last known address. The new interest rate shall not exceed the highest rate established in regulations of the Farmers Home Administration for the type of loan indicated above.

Principal and interest shall be paid in __-----41-----__ installments as indicated below, except as modified by a different rate of interest, on or before the following dates:

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| $1,673.00 | on | 01-01-99 | ; $ 10,782.00 | on | 01-01-00 | ; |
| $ | on | | ; $ | on | | ; |
| $ | on | | ; $ | on | | ; |
| $ | on | | ; $ | on | | ; |
| $ | on | | ; $ | on | | ; |
| $ | on | | ; $ | on | | ; |

and $ __10,782.00--------__ thereafter on __01-01__ of each __YEAR__ until the principal and interest are fully paid except that the final installment of the entire debtedness evidenced hereby, if not sooner paid, shall be due and payable __-----40-----__years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the Borrower as requested by Borrower and approved by the Government. Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance ·om its actual date as shown in the Record of Advances at the end of this note. Borrower authorizes the Government to er the amount(s) and date(s) of such advance(s) in the Record of Advances.

For each rescheduled, reamortized or consolidated note for applications for Primary and Prese..
Programs received prior to November 28, 1990, interest accrued to the date of this instrument which is more tha....
overdue shall be added to principal and such new principal shall accrue interest at the rate evidenced by this instrument.
For applications for Primary and Preservation Loan Service Programs received on or after November 28, 1990, all unpaid
interest accrued to the date of this instrument shall be added to the principal and such new principal shall accrue interest
at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest
which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then
to the principal. Nonprogram loans are not eligible for deferral.

Prepayments of scheduled installments, or any portion of these installments, may be made at any time at the option of the
Borrower. Refunds and extra payments, as defined in the regulations (7 CFR §1951.8) of the Farmers Home Administration accord-
ing to the source of funds involved, shall, after payment of interest, to be applied to the last installments to become due under this
note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled in this note.

If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to
the Government as collection agent for the holder. While this note is held by an insured holder, prepayments made by Borrower
may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be
retained by the Government and remitted to the holder on an installment due date basis. The effective date of every payment made
by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the
United States Treasury check by which the Government remits the payment to the holder. The effective date of any prepayment
retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Bor-
rower, and the Government will pay the interest to which the holder is entitled accruing between such date and the date of the
Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for
the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan
evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of
the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be
leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless
the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is
indicated in the "Action Requiring Note" block above, this note is given to consolidate, reschedule or reamortize, but not in
satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s)(new terms):

| FUND CODE/<br>LOAN NO. | FACE AMOUNT | INT. RATE | DATE | ORIGINAL BORROWER | LAST INSTALL. DUE |
|---|---|---|---|---|---|
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |

Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are
not affected by this consolidating, rescheduling or reamortizing. These security instruments shall continue to remain in effect and
the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this
note, and for any other related obligations.

**REFINANCING (GRADUATION) AGREEMENT:** If at any time it shall appear to the Government that the Borrower
may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for
loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan(s)
in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The pro-
visions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a non-
program loan.

**HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT:** Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as further explained in 7 CFR Part 1940, Subpart G, Exhibit M. If (1) the term of the loan exceeds January 1, 1990, but not January 1, 1995, and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Soil Conservation Service (SCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the SCS or the appropriate conservation district in accordance with SCS's requirements. Furthermore, if the term of the loan exceeds January 1, 1995, Borrower further agrees that Borrower must demonstrate prior to January 1, 1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by SCS or the appropriate conservation district in accordance with SCS's requirements.

**DEFAULT:** Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. **UPON ANY SUCH DEFAULT,** the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This Note is given as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the ''Kind of Loan'' block above. This Note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions of this note.

Presentment, protest, and notice are waived.

(SEAL)

NORMA IRIS FEBUS LOPEZ                                              *(Borrower)*

P.O. BOX 2229

SALINAS, PUERTO RICO   00751-2229

## RECORD OF ADVANCES

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|--------|------|--------|------|--------|------|
| $185,000.00 | 10-27-98 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $185,000.00 | |

ANEJO - PAGARE

NORMA IRIS FEBUS LOPEZ, SEGURO SOCIAL

NÚMERO 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

ESCRITURA NÚMERO 146

DEL 15 DE AGOSTO DE 2003

------------REAMORTIZACION Y MODIFICACION------------

---------------DE PAGO DE PAGARE DE HIPOTECA---------------

-----Manifiesta el compareciente de la primera parte el carácter

que ostenta, que habiendo sido aceptado el compareciente de

la primera parte, para recibir los beneficios de la Ley del

Congreso "CONSOLIDATED FARMERS HOME

ADMINISTRATION ACT OF 1961" según enmendada, han

convenido modificar y reamortizar los pagos de los plazos

consignados en el pagaré en la siguiente forma:--------------------

-----Por habersele dado un diferimiento de un año, la nueva

forma de pago será de la siguiente forma:---------------------------

-----$1,268.00 en 01-01-04-------------------------------------------

-----$1,268.00 en 01-01-05-------------------------------------------

-----$1,268.00 en 01-01-06-------------------------------------------

-----$1,268.00 en 01-01-07-------------------------------------------

-----$1,268.00 en 01-01-08-------------------------------------------

---$13,522.00 en 01-01-09 y subsiguientemente al primero

(1ro) de enero de cada año excepto el pago final que vencerá



N.IFL



y será pagadero el quince (15) de agosto del dos mil treinta y ocho (2038).    La misma será pagadero por treinta y cinco (35) años con intereses anual de cinco por ciento (5.00%).---

-----Al día de hoy tiene un balance de ciento setenta y siete mil ochocientos ochenta y uno con dos centavos ($177,881.02) de principal y nueve mil ochocientos treinta y ocho dólares con cincuenta y cuatro centavos ($9,838.54) de intereses para un nuevo y principal de ciento ochenta y siete mil setecientos diecinueve dólares con cincuenta y seis centavos ($187,719.56).------------------------------------------------------------

-----En Santa Isabel, Puerto Rico, hoy 15 de agosto de 2003.--

N I F L .

Lcdo. Efraín Bermúdez Rivera
Calle Betances núm. 15, Altos
Santa Isabel, P.R. 00757
Tel. y Fax:   (787) 845-3420

ANNEX – PROMISSORY NOTE

NORMA IRIS FEBUS LOPEZ, SOCIAL SECURITY
NUMBER XXX-XX-XXXX

DEED NUMBER 146
OF AUGUST 15, 2003

MORTGAGE NOTE RE-AMORTIZATION
AND PAYMENT MODIFICATION

The appearing first party, in her capacity, states that, as the first party has been accepted to receive the benefits of the Law of Congress "**CONSOLIDATED FARMERS HOME ADMINISTRATION ACT OF 1961**," as amended, they have entered into an agreement to modify and re-amortize the payment schedule recorded on the promissory note as follows:

As a one-year deferment has been granted, the new payment schedule shall be as follows:

$ 1,268.00 on 01-01-04

$ 1,268.00 on 01-01-05

[Initials]　　　　　　　　$ 1,268.00 on 01-01-06
[Illegible handwriting]
[Seal]　　　　　　　　　$ 1,268.00 on 01-01-07

$ 1,268.00 on 01-01-08

$ 13,522.00 on 01-01-09 and subsequently on the first (1st) of January of each year, except that the final payment shall be due

and payable on August fifteen (15), two thousand thirty-eight (2038). Same shall be payable for thirty-five (35) years with annual interest of five percent (**5.00%**).

As of today's date, there is a balance of one hundred seventy-seven thousand eight hundred eighty-one[1] and two cents (**$177,881.02**) of principal and nine thousand eight hundred thirty-eight dollars and fifty-four cents (**$9,838.54**) of interest, for a new and[2] principal of one hundred eighty-seven thousand seven hundred nineteen dollars and fifty-six cents (**$187,719.56**).

**In Santa Isabel, Puerto Rico, today, August 15, 2003.**

[Signature]
**Efraín Bermúdez Rivera**
**Calle Betances Num. 15, Altos**
**Santa Isabel, P.R. 00757**
**Tel. and Fax: (787) 845-34-20**

[Initials]
[Illegible handwriting]

[Seal]

---

[1] *Translator's Note: The word "dollars" is omitted here on the original Spanish language document.*
[2] *Translator's Note: The word "and" reflects the original Spanish language document.*

## Statement of Accuracy

I hereby certify that the attached documents titled:
**RE-AMORTIZATION OF MORTGAGE LOAN AND MORTGAGE MODIFICATION DEED 146,** dated August 15, 2003, before the Notary Efrain Bermudez Rivera in Santa Isabel, PR, and certification – 8 pages
**ANNEX - PROMISSORY NOTE, DEED 146,** dated August 15, 2003, before the Notary Efrain Bermudez Rivera in Santa Isabel, PR– 2 pages
are true and accurate translations from Spanish into English to the best of my knowledge, ability and belief. I am trained, experienced and competent to translate from Spanish into English.
DATED November 29, 2019.


_____
Thomas L. Bransfield
Certified Court Interpreter
Certified Medical Interpreter


WITNESS my hand and official seal hereto affixed this 29th day of November of 2019.

Signature _____*Rosa Capdevielle*_____
Print Name: _____Rosa Capdevielle_____.
Notary Public in and for the State of _____WA_____.
My appointment expires: _____March 15, 2022_____.

NOTARY PUBLIC
STATE OF WASHINGTON
**ROSA CAPDEVIELLE**
My Appointment Expires March 15, 2022

Form. FmHA 1927-1(S) PR
(Rev. 6-93)

----------------------NUMERO   CIENTO DIECIOCHO----------
**NUMBER**

----------------------HIPOTECA VOLUNTARIA-------------------
**VOLUNTARY MORTGAGE**

**En** Ponce, Puerto Rico, a los veintisiete(27) días del
**In**

mes de octubre de mil novecientos noventa y ocho(1998)

----------------- --------------ANTE MI-------------------
**BEFORE ME**

---EFRAIN BERMUDEZ RIVERA,---------------------------

**Abogado y Notario Público de la Isla de Puerto Rico** con residencia en Santa----
Attorney and Notary Public for the Island of Puerto Rico, with residence in   Santa Isabel

Isabel,----------- y oficina en   Santa Isabel-------------
------------------------ and office in   Santa Isabel,---- Puerto Rico.

----------------------COMPARECEN--------------------
**APPEAR**

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage-------------------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances----------------

aparecen de dicho párrafo.-------------------------------------
appear from said paragraph.-------------------------------------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their--

de su edad, estado civil, profesión y vecindad.----------------------
statements which I believe to be true of their age, civil status, profession and residence.------



Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this--

miento.--------------------------------------------
voluntary  mortgage.--------------------------------------

----------------------EXPONEN-------------------
**WITNESSETH:**

**PRIMERO:** El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in----- --- -----

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same----

denominada de aquí en adelante "los bienes".-----------------
hereinafter referred to as "the property".-----------------

**SEGUNDO:** Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens  · ·

se especifican en el párrafo UNDECIMO.-------------------
specified in paragraph ELEVENTH herein.-------------------

**TERCERO:** Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States-----------

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,-------------------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with-------------------

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)——

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by——————————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the——————

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance, premiums and other charges——————————————

hayan estimado sobre la propiedad hipotecada.——————————————
estimated against the property.——————————————————————

CUARTO: Se sobreentiende que:——————————————————
FOURTH: It is understood that:——————————————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the——————————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention——————————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and——————————————

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One——

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of——————————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.——————————

das.————————————————————————————————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee——————————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,——————

prestamista asegurado.——————————————————————
will be the insured lender.——————————————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the——————————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along——————————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.——————————————————————
and interest.——————————————————————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,——————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender——————————————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay

que será designada como "cargo anual".——————————————
ments on the note, to be designated the "annual charge".——————————————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder——

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any——————————

- 2 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit——————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor—————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any——————————

cualquier convenio suplementario por parte del deudor.————————————————
supplementary agreement.————————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,——————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the——————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured——————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to——————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt——————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee——————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default——————————

plimiento por parte del deudor hipotecario.————————————————————
by the mortgagor.————————————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note——————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee——————————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH——————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the——————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee——————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof——————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement——————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its——————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any——

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in————



- 3 -

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the———————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor———————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor———————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on———————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,—————

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or———————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor——————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or————————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest—————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and — —

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.—————————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el ac ee-
thereon before and after maturity until paid, losses sustained by the ——————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and —————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account — ——

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and——————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of — — ————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional

adicional especificada en el párrafo NOVENO de este documento.——————————
amounts as specified in paragraph NINTH hereof.———————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:————————
SIXTH: That the mortgagor specifically agrees as follows:—————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness————————————————









Forma FmHA 427-1(S) PR
(Rev. 10-82)



aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,

hipotecario como agente cobrador del tenedor del mismo.
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any deliquency charges, now or hereafter required by

reglamentos de la Administración de Hogares de Agricultores.
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.
referred to in paragraph FOURTH hereof for the account of the mortgagor.

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance

por el acreedor hipotecario por cuenta del deudor hipotecario.
by the mortgagee for the account of the mortgagor.

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this

párrafo devengará intereses a razón del   CINCO PUNTO CERO
subparagraph shall bear interest at the rate of   FIVE POINT CERO

—————————————— por ciento (   5.0   %)——————————————
—————————————— per cent   (   5.0   %)——————————————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.
to the mortgagee.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
And all amount advanced by the mortgagee for property insurance premiums, repairs,

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the

- 5 -

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance————————

hasta que los mismos sean satisfechos por el deudor hipotecario,————————
until repaid to the mortgagee.————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor————————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance————————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant————————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments————————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any————————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee————————

hipotecario determinare.————————
determines.————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely————————

los propósitos autorizados por el acreedor hipotecario.————————
for purposes authorized by mortgagee.————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee————————

tecario bajo los términos de esta hipoteca.————————
under the terms of this mortgage.————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required————————

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions————————

aprobare el acreedor hipotecario.————————
approved by mortgagee.————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all————————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor————————

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.
or lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the

deudor hipotecario de los convenios de esta hipoteca.
mortgagor of the covenants of this mortgage.

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its————————————————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said————————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered————————————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause———————————

para adelantos, gastos y otros pagos.——————————————————————
for advances, expenditures and other payments.——————————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect——————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,——————————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered ——————————————————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect————

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the——————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced-

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed.———————————

en el orden y manera que el acreedor hipotecario determinare.————————————
in what ever order and manner mortgagee may determine.——————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor————————————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production———————————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a————————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,—————————————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept——————————————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.————————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.———

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured———

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called————

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply——————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,——————

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an ——————————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of—————





dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos, creditors, or should the property or any part thereof or interest therein be assigned,—————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo, sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,—————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es without the written consent of mortgagee, mortgagee is——————————————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a irrevocably authorized and empowered, at its option, and without notice: (One) to———

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda declare all amounts unpaid under the note, and any indebtedness——————————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y to the mortgagee secured hereby, immediately due and payable and——————————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos) to foreclose this mortgage in accordance with law and the provisions hereof; (Two)————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los to incur and pay reasonable expenses for the repair and maintenance of the——————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se property and any expenses and obligations that mortgagor did not pay as ———————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de agreed in this mortgage, including taxes, assessments, insurance premium,——————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes and any other expenses or costs for the protection and preservation of the property———

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres) and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.———————————————————— request the protection of the law.————————————————————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario (Seventeen) Mortgagor will pay, or reimburse mortgagee————————————————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos for all necessary expenses for the fulfillment of the covenants and agreements—————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in- of this mortgage and of the note and of any supplementary agreement, including————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono- the costs of survey, evidence of title, court costs, recordation fee and——————————

rarios de abogado.———————————————————————— attorney's fees.————————————————————————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y (Eighteen) Without in any manner affecting the right of the mortgagee to require and——

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos o enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon- obligation herein set forth, and without affecting the liability————————————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí of any person for payment of the note or any indebtedness————————————



garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del secured hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en said lien, the mortgagee is hereby authorized and empowered at ——————————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli- any time (one) waive the performance of any covenant or obligation ———————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos) contained herein or in the note or any supplementary agreement; (two)———————

9.

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any————————————————————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the——

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by————————————————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee———————————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any————————————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or——————————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over————————————————————————

dichos bienes.————————————————————————————————————————————————————
said property.————————————————————————————————————————————————————————

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,——————————————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,—————————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in——————————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest—————————————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.——————————
in or to the lien or any benefits herein contained.——————————————————————————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any————————————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held————————————————————————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,—————————————————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall——————————————————————

constituirá incumplimiento de esta hipoteca.————————————————————————————
constitute default hereunder.————————————————————————————————————————

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall—————————————————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,————————————————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,————

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,——————————————————————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the————————

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated———————

especifica más adelante.——————————————————————————————————————————
hereinafter.————————————————————————————————————————————————————————

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee——————————————————

Forma FmHA-1927-i(S) PR
(Rev. 6-93)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public————

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment————————

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so————  ———

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment————

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this————————————

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.————
mortgage, and if any amount then remains, will pay such amount to mortgagor.————————

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case————————————

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,————

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount————————

de    CIENTO OCHENTA Y CINCO MIL DOLARES($185,000.00)———
of    ONE HUNDRED EIGHTY FIVE THOUSANDS DOLLARS————————
      ($185,000.00).————————————————————————

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be————

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the————

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations————————

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the————————

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and————————

y aseguramiento del préstamo antes mencionado.————————————————
insuring of the loan hereinb. fore mentioned.————————————————————

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:—————
NINTH: The amounts guaranteed by this mortgage are as follows:————————————

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of————————————

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee————————————

hipotecario cediere esta hipoteca sin asegurar el pagaré CIENTO OCHENTA Y———
should assign this mortgage without insurance of the note, ONE HUNDRED EIGHTY———

CINCO MIL——————————————————
FIVE THOUSANDS———————————————— **DOLARES ($** 185,000.00
                                      **DOLLARS ($** 185,000.00

el principal de dicho pagaré, con sus intereses según estipulados a razón del ——————
the principal amount of said note, together with interest as stipulated therein at the rate of ————

CINCO PUNTO CERO———————— por ciento ( 5.0    O/o) anual;
FIVE POINT CERO———————— per cent ( 5.0    O/o) per annum;



- 11 -

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A) CIENTO OCHENTA Y CINCO MIL——————————————————
(A) ONE HUNDRED EIGHTY FIVE THOUSANDS——————————————
——————————————————————————————**DOLARES ($** 185,000.00)-
——————————————————————————————**DOLLARS ($** 185,000.00)-

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender——————————

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as—————————————

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,————————————

Tercero;————————————————————————————————————————
Three;——————————————————————————————————————————

(B) DOSCIENTOS SETENTA Y SIETE MIL QUINIENTOS————————
(B) TWO HUNDRED SEVENTY THOUSAND FIVE HUNDRED————

——————————————————————————————**DOLARES ($** 277,500.00)
——————————————————————————————**DOLLARS ($** 277,500.00)

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might——————————

sufrir bajo su seguro de pago del pagaré.—————————————————————
sustain under its insurance of payment of the note;—————————————————

Tres. En cualquier caso y en todo tiempo;—————————————————————
Three. In any event and at all times whatsoever:—————————————————

(A) CUARENTA Y SEIS MIL DOSCIENTOS CINCUENTA DOLARES——
(A) FORTY SIX THOUSAND TWO HUNDRED AND FIFTY DOLLARS———

($ 46,250.00        ) para intereses después de mora:——————————
($ 46,250.00        ) for default interest;——————————————————

(B) TREINTA Y SIETE MIL DOLARES—————————————————
(B) THIRTY SEVEN THOUSAND DOLLARS————————————————

($37,000.00        ) para contribuciones, seguro y otros adelantos para la con-
($37,000.00        ) for taxes, insurance and other advances for the preservation————

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph———————

SEXTO, Tercero;——————————————————————————————————
SIXTH, Three;———————————————————————————————————

(C) DIECIOCHO MIL QUINIENTOS DOLARES————————————
(C) EIGHTEEN THOUSAND FIVE HUNDRED DOLLARS—————————

($ 18,500.00        ) para costas, gastos y honorarios de abogado en caso
($ 18,500.00        ) for costs, expenses and attorney's fees in case————  ————

de ejecución;————————————————————————————————————
of foreclosure:———————————————————————————————————

(D) DIECIOCHO MIL QUINIENTOS DOLARES————————————
(D) EIGHTEEN THOUSAND FIVE HUNDRED DOLLARS—————————

($ 18,500.00        ) para costas y gastos que incurriere el acreedor hipoteca-
($ 18,500.00        ) for costs and expenditures incurred by the mortgagee in———  ———

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with———

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as——  ————————

se consigna en el párrafo SEXTO, Trece.————————————————————
provided in paragraph SIXTH, Thirteen.———————————————————————

Forma FmHA 427-1(S) PR
(Rev. 10-82)

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD————————————

de esta hipoteca es (son) descrito(s) como sigue:————————————
of this mortgage is(are) described as follows:————————————

"Pagaré otorgado en el caso número sesenta y tres raya cero veinti-
"Promissory note executed in case number

seis raya quinientos ochenta y tres raya diez raya———

setenta ycinco noventa y uno———————— fechado el día veinti--
(63-026-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)————————————dated the twenty seven

siete (27)————— de octubre———————— de mil novecientos—————
(27)—————————— day of october———————— nineteen hundred and

noventa y ocho (1998)—— por la suma de CIENTO OCHENTA Y CINCO
ninety eight (1998)——— in the amount of ONE HUNDRED EIGHTY————

MIL ($185,000.00)———————————— dólares de principal más
FIVE THOUSAND DOLLARS($185,000.00)——————— of principal plus

intereses sobre el balance del principal adeudado a razón del CINCO PUNTO CERO
interest over the unpaid balance at the rate of FIVE POINT CERO————————

————————————————————————— ( 5.0% ) por ciento anual,
————————————————————————— ( 5.0% ) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due

a los CUARENTA (40)————————————————————————
and payable FORTY (40)————————————————————————

años de la fecha de este pagaré.————————————————————
years from the date of this promissory note.

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which

constituye Hipoteca Voluntaria, se describe como sigue:————————
voluntary mortgage is constituted, is described as follows:



- 13 -

---RUSTICA:  Predio .e terreno marcado con el número---
quince (15) en el Plano de Subdivisión de la finca Húcar
sita en el Barrio Lapas del término municipal de Salinas
Puerto Rico,; compuesta de trece cuerdas con ochenta mil
ochocientos ochenta  y ocho diez milésimas de otra------
(13.80888), equivalentes a cincuenta y cuatro mil------
doscientos setenta y cuatro punto treinta y siete-------
sesentiuno metros cuadrados (54,274.37610), con lindes--
por el Norte, con la finca número catorce (14); por el-
Sur, con la finca número dieciseis (16); por el Este,--
con camino que la separa de los terrenos para uso públi-
co; y por el Oeste, conla Hacienda Húcar, Inc.----------

Inscrita al folio ciento cincuenta y nueve (159), tomo-
ciento sesenta y cinco (165) de Salinas, finca 6014,---
inscripción cuarta (4ta.).-----------------------------

------------------------------------------------------

------------------------------------------------------

------------------------------------------------------

------------------------------------------------------

**Adquirió el prestatario la descrita finca por** compra--------------------
**Borrower acquired the described property by** ------------------------------

**según consta de la Escritura Número** setenta y siete (77)------------
**pursuant to Deed Number** seventy seven (77)------------------------

**de fecha** seis (6) de junio de mil novecientos noventa ----
**dated** ---------------------------------------------------

**otorgada en la ciudad de** Coamo-------------------------------
**executed in the city of** Coamo-------------------------------

**ante el Notario** Enrique Corchado Juarbe---------------------
**before Notary** Enrique Corchado Juarbe---------------------

**Dicha propiedad se encuentra** afecta a tres hipotecas----------
**Said property is** las cuales se estan cancelando--------------------------

------------------------------------------------------

------------------------------------------------------

**DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-**
**TWELFTH: The parties appearing in the present deed as Mortgagors** -----------------

**carios** NORMA IRIS FEBUS LOPEZ, seguro social
**are** mayor de edad, soltera, agricultor y vecina de Salinas,-

Puerto Rico,-----------------------------------------

**cuya dirección postal es:** P.O. Box 2229, Salinas, Puerto Rico-
**whose postal address is:** 00751-2229.--------------------------------------------

------------------------------------------------------

------------------------------------------------------

**DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado**
**THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used**

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical———

físicas en la finca(s) descrita(s).————————————————————————————
installations on the described farm(s).————————————————————————————

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure——————————

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan——————————————

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless——————

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as——————————

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause——————————————

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the——————————————

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government, at its option may declare due and payable the loan and proceed to——————

ejecución de la hipoteca.————————————————————————————————
the foreclosure of the mortgage.——————————————————————————————

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction——————————————

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,——————

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the——————————————

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present————

dueños deudores o por sus cesionarios o causahabientes.——————————————————
owners or by their assignees or successors.————————————————————————

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and——————————

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or——————————

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)——— — ————————

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future ——— — ——————

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings——————

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted ——— — ——

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen——————————

(13) de veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eights of May, nineteen hundred sixty-nine (1969) (31——————————

L.P.R.A. 1851).— ————————————— ————————  ——————
L.P.R.A. 1851).——————————— ————————— ——————————

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any ——————————————————

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with——————





- 15 -

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
fonds of the loan herein guaranteed, will be considered and understood to form part ——————

de la propiedad gravada por esta Hipoteca. ——— ————————————————
of the property encumbered by this Mortgage. ——— ————————————————

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move —— ————————

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty ——— ——— ———

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances—— —

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will———————————————

notificará por escrito al Supervisor Local.———————————————————
notify it in writing to the County Supervisor.————————————————

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed——————————

en dicha finca durante la vigencia antes mencionada deberá ser construida previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous—————

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations————————

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and———————————

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern——————

estos tipos de préstamos.———————————————————————
these types of loans.———————————————————

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of——— ——— —————————

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the —— ————————

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two——————————————————————

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)—————
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)——————————

———Por tratarse de un préstamo de Recursos Limitados——
según indicado en el pagaré el Gobierno puede cambiar-
el por ciento del interés de acuerdo con el Reglamento
de la FARM SERVICE AGENCY (Agencia de Servicios Agri--
colas).————————————————————————————

————————————————————————————————

————————————————————————————————

————————————————————————————————

————————————————————————————————

————————————————————————————————

————————————————————————————————

————————————————————————————————

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

--------------------ACEPTACION--------------------
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once------------

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.------
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.----------

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)-----

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)   advertí.-------------------------------------------------
I advised him (them).----------------------------------------------

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its------------

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed------------------

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES-----------

FE de todo el contenido de esta escritura.--------------------------
FAITH to everything contained in this deed.------------------------------------
---Consta de 17 folios.-----------------------------
---FIRMADO:   NORMA IRIS FEBUS LOPEZ.------------------

Firmado, signado, sellado y rubricado: EFRAIN BERMUDEZ
RIVERA. ( Hay Cancelados los sellos de Rentas Internas
Correspondientes y el sello del Colegio de abogados y escritas
las iniciales de los otorgantes de acuerdo con la ley.)

Concuerda bien y fielmente con su escritura matriz que bajo el
número radicado obra en el protocolo de documentos públicos
de esta notaría a mi cargo, a que me remito y en fe de ello y para
entregar a uno de los otorgantes expido la presente primera copia
que firmo, signo, sello y rubrico en Ponce,
Puerto Rico el mismo día de su otorgamiento.

ABOGADO NOTARIO

inscrito el presente documento al folio 161 a
tomo 165 de Salinas, finca # 6014 e ins-
cripción 7ª. Además de la Hipoteca que
por este documento se constituye se halla
afecta a Hipoteca a favor del Estado Libre
Asociado de P.R. por $10,094.14 ; Hipoteca
a favor de la Corporación Crédito Agrícola por
$49,335.00 e Hipoteca a favor de Corpo-
ración Crédito y Desarrollo Comercial y
Agrícola de P.R. y a condiciones restric-
tivas.

Guayama, a 24 de junio de 1999.

Su derecho

Hipoteca por $49,335
Créditos. Ver Esc. d
Cac. # 27- 11/5/98.

# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

**CLIENT: GERARDO COLÓN COLÓN**

**REF: 1521.285**
**BY: TAIMARY ESCALONA**

**PROPERTY NUMBER:** 6,014, recorded at page 80 of volume 277 of Salinas, Registry of the Property of Guayama, Puerto Rico.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RÚSTICA:** Predio de terreno marcado con el número quince (15) en el plano de subdivisión de la finca Húcar sita en el Barrio Lapas del término municipal de Salinas, Puerto Rico, compuesta de trece cuerdas con ochenta mil ochocientos ochenta y ocho diez milésimas de otra (13.80888) equivalentes a cincuenta y cuatro mil doscientos setenta y cuatro punto treinta y siete sesenta y uno metros cuadrados (54,274.37610), con lindes: por el **NORTE**, con la finca número catorce (14); por el **SUR**, con la finca número diez y seis (16); por el **ESTE**, con camino que la separa de los terrenos para uso público; y por el **OESTE**, con la Hacienda Húcar, Inc.

**ORIGIN:**
It is segregated from property number 844, recorded at page 35, volume 134 of Salinas.

**TITLE:**

This property is registered in favor of GERARDO COLÓN COLÓN and his wife DELIA ENID PADILLA, who acquired it by purchase from Norma Iris Febus López, single, at a price of $186,000.00, pursuant to deed #9, executed in Coamo, Puerto Rico, on February 25, 2005, before Diomedes Aponte González Notary Public, recorded at page 80 of volume 277 of Salinas, property number 6,014, 9th and last inscription.
**Presented on August 10, 2006**
**Recorded on August 21, 2006**

**LIENS AND ENCUMBRANCES:**

I. By reason of its origin this property is free of liens and encumbrances

II. By reason of itself this property is encumbered by the following:

1. Restrictive conditions of use and building, constituted by deed #13, executed in San Juan, Puerto Rico, on March 31, 1982, before Rafael Pérez Fussa Notary Public, recorded at page 157 of volume 165 of Salinas, property number 6,014, 1st inscription.
**Presented on June 2, 1982**
**Recorded on June 2, 1982**

2. **MORTGAGE:** Constituted by Norma Iris Febus López, in favor of Farm Service Agency, in the original principal amount of $185,000.00, with 5% annual interests, due on 40 years, constituted by deed #118, executed in Ponce, Puerto Rico, on October 27, 1998, before Efraín Bermúdez Rivera Notary Public, recorded at page 161 of volume 165 of Salinas, property number 6,014, 7th inscription.

**Conditions: It is a loan of limited resources as indicated in the promissory note, the government may change the interest rate in accordance with the Farm Service Agency Regulations.**

**Presented on October 30, 1998**
**Recorded on June 24, 1999**

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.



ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / FAX 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

PAGE #2
PROPERTY #6,014

3.   The mortgage for the amount of $185,000.00 of 7th,
     inscription was modified as follows: Payments as follows:
     $1,268.00 on January 1, 2004; $1,268.00 on January 1, 2005;
     $1,268.00 on January 1, 2006; $1,268.00 on January 1, 2007;
     $1,268.00 on January 1, 2008; $13,522.00 on January 1, 2009;
     and subsequent January 1 each year, except final payment
     that will be on August 15, 2038, payable on 35 years, with
     5.00% interests. It has a balance of $187,719.56 of
     principal, constituted by deed #146, executed in Ponce,
     Puerto Rico, on August 15, 2003, before Efraín Bermúdez
     Notary Public, recorded at page 138 of volume 270 of
     Salinas, property number 6,014, 8th inscription.
     **Presented on August 19, 2003**
     **Recorded on October 27, 2003**

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens,
Judgments and Daily Log up to February 17th, 2020.

*NOTICE: The Sections of the Property Registry have been computerized by the new
system identified as Karibe, through which the historical volumes containing the data
related to the inscribed properties and with the documents presented and pending
registration were digitized. Since April 25, 2016, the Department of Justice
discontinued the Tool-Kit and Agora System in most of the Sections of the Registry,
which was used to search for documents submitted and pending registration and
preparation of title search and other documents. There is also a delay in the entry
of information to the System to this date. In addition to this, the Federal and State
Seizures are now entered and electronically provided by the Central Office of the
Land Registry in the Department of Justice, without being able to corroborate the
control books and with many errors which makes the location impossible. We are not
responsible for errors that may result in this title search due to errors and/or
omissions of the Registry and/or its employees, when entering the data in the system.*

**EAGLE TITLE AND OTHER SERVICES, INC.**

*Authorized signature*

mcr/mv/**F**

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse
como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está
limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para
completa protección deben requerir una póliza de Seguro de Título.

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on February 17th, 2020, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this 28 day of October of 2020.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 4,348

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 28 day of October of 2020.

_____
NOTARY PUBLIC

### DEED NUMBER ONE HUNDRED FORTY-SIX (146)
### RE-AMORTIZATION OF MORTGAGE LOAN
### AND MORTGAGE MODIFICATION

In the city of Ponce, Puerto Rico, on the fifteenth (15) day of the month of August of two thousand three (2003).

### IN MY PRESENCE

**EFRAIN BERMUDEZ RIVERA**, Attorney and Notary Public of the Island of Puerto Rico, with residence and open practice in Santa Isabel, Puerto Rico.

### THERE NOW APPEAR

[Seal]

**AS THE FIRST PARTY: MRS. NORMA IRIS FEBUS LOPEZ**, Social Security number (XXX-XX-XXXX), of legal age, single, farmer, property owner and resident of Salinas, Puerto Rico, hereafter the " **MORTGAGOR**".

[Illegible handwriting]

**AS THE SECOND PARTY: UNITED STATES OF AMERICA**, acting through the FARM SERVICE AGENCY, in accordance with the provisions of the Law of Congress titled "Consolidated Farmers Home Administration Act of 1961", as amended, Columbia, United States of America, represented herein by **MR. CARLOS RAMIREZ**, Social Security number (XXX-XX-XXXX), of legal age, married, employee and resident of San German, Puerto Rico, in his capacity as

[Seal]

1

Farm Credit Manager of (**FARM SERVICE AGENCY**), hereafter "**THE MORTGAGEE**".

**I DO ATTEST** to knowing the parties both personally and through their statements regarding their ages, marital statuses, professions and places of residence. They assure me they have and, in my judgment, they do have the legal capacity necessary for this granting, and, freely:

### THEY DECLARE

**FIRST:** That the appearing first party is the current owner with complete control of the property described below:

**RURAL PROPERTY: Plot of land marked with the number fifteen (15) in the Subdivision Plan of the Húcar farm, located in Barrio Lapas of the municipality of Salinas, Puerto Rico; surface area of thirteen cuerdas and eighty thousand eight hundred eighty-eight ten-thousandths of another (13.80888), equivalent to fifty-four thousand two hundred seventy-four point three seven six one square meters (54,274.37610). Bordered to the NORTH by farm number fourteen (14); to the SOUTH by farm number sixteen (16); to the EAST by a road separating it from plots of land for public use; and to the WEST by the Hacienda Húcar, Inc.**

[Seal]

**Recorded on page one hundred sixty-one (161) of book one hundred sixty-five (165) of Salinas, Puerto Rico, farm six thousand fourteen (6014), seventh (7th) recording.**

[Illegible handwriting]

**The mortgagor acquired said property by purchase from Ernesto Ortiz Félix and wife Elba Luisa Díaz Ramos, pursuant to purchase deed one hundred seventeen (117), granted in Ponce, Puerto Rico, on October twenty-seven (27), nineteen ninety-eight (1998), before the Notary Efraín Bermúdez Rivera.**

[Seal]

**SECOND:** It is subject to a mortgage in guaranty

2

of promissory note in the amount of one hundred eighty-five thousand dollars (S185,000.00), with interest at a rate of five percent (5.00%) per annum, principal and interest payable in installments as stipulated on same, according to deed number one hundred eighteen (118), dated October twenty-seven (27), nineteen ninety-eight (1998), before the Notary Efraín Bermúdez Rivera, in Ponce, Puerto Rico. Recorded on page one hundred sixty-one (161) of book one hundred sixty-five (165) of Salinas, Puerto Rico, farm six thousand fourteen (6014), seventh (7th) recording.

[Seal]

The mortgagor continues to state that, in order to re-amortize the mortgage debt, she requested and received the consent of the mortgagee, United States of America, acting through the FARM SERVICE AGENCY, pursuant to the Law of Congress "Consolidated Farmers Home Administration Act of 1961" and the corresponding approved regulation to re-amortize the mortgage debt.

[Illegible handwriting]

**THIRD:** The appearing first party states that she has personal knowledge and each and every obligation, clause and stipulation contained and mentioned in the mortgage deed, and in this act does clearly, solemnly, and fully obligates herself to comply with each and all of said obligations, clauses and

[Seal]

stipulations required by the administration of the FARM SERVICE AGENCY.

## RE-AMORTIZATION AND PAYMENT
## MODIFICATION OF MORTGAGE NOTE

FOURTH: The appearing first party, in her capacity, states that, as the first party has been accepted to receive the benefits of the Law of Congress "**CONSOLIDATED FARMERS HOME ADMINISTRATION ACT OF 1961**", as amended, they have entered into an agreement to modify and re-amortize the payment schedule recorded on the promissory note as follows:

As a one-year deferment has been granted, the new payment schedule shall

[Seal]

be as follows:

$ 1,268.00 on 01-01-04

$ 1,268.00 on 01-01-05

$ 1,268.00 on 01-01-06

$ 1,268.00 on 01-01-07

[Illegible
handwriting]

$ 1,268.00 on 01-01-08

$ 13,522.00 on 01-01-09 and subsequently on the first (1st) of January of each year, except that the final payment shall be due and payable on August fifteen (15), two thousand thirty-eight (2038). Same shall be payable for thirty-five (35)

[Seal]

years with annual interest of five percent (5.00%).

4

As of today's date, there is a balance of one hundred seventy-seven thousand eight hundred eighty-one[1] and two cents ($177,881.02) of principal and nine thousand eight hundred thirty-eight dollars and fifty-four cents ($9,838.54) of interest, for a new and[2] principal of one hundred eighty-seven thousand seven hundred nineteen dollars and fifty-six cents ($187,719.56).

**FIFTH**: The appearing first party, in her capacity, delivers to me, the authorizing Notary, the promissory note guaranteed by the mortgage. She assures me that same has not been negotiated or encumbered in any way by its current holder and owner, United States of America. Once identified by me, the Notary, confirming that it is the originally issued promissory note, I proceed to affix the following note to the reverse of same:

The value of this promissory note and the mortgage that guarantees it, has been extended and re-amortized as of August fifteen (15), two thousand three (2003), resulting in a balance owed of ONE HUNDRED SEVENTY-SEVEN THOUSAND EIGHT HUNDRED EIGHTY-ONE DOLLARS AND TWO CENTS ($177,881.02) of principal and NINE THOUSAND EIGHT HUNDRED THIRTY-EIGHT DOLLARS AND FIFTY-FOUR CENTS ($9,838.54) of interest, for a new principal of ONE HUNDRED

[Seal]

[Illegible handwriting]

[Seal]

---

[1] *Translator's Note: The word "dollars" is omitted here on the original Spanish language document.*
[2] *Translator's Note: The word "and" reflects the original Spanish language document.*

EIGHTY-SEVEN THOUSAND SEVEN HUNDRED NINETEEN DOLLARS AND FIFTY-SIX CENTS ($187,719.56), which shall accrue interest at a rate of five percent (5.00%) per annum. As a one-year deferment has been granted, the new payment schedule shall be as follows:

$ 1,268.00 on 01-01-04

$ 1,268.00 on 01-01-05

$ 1,268.00 on 01-01-06

$ 1,268.00 on 01-01-07

$ 1,268.00 on 01-01-08

[Seal]

$ 13,522.00 on 01-01-09 and subsequently on the first (1st) of January of each year, except that the final payment shall be due and payable on August fifteen (15), two thousand thirty-eight (2038), with annual interest of five percent (5.00%), pursuant to mortgage loan re-amortization deed number one hundred forty-six (146), before the Notary Efraín Bermúdez Rivera on August fifteen (15), two thousand three (2003).

[Illegible handwriting]

As this is limited resources loan, as indicated on the Promissory Note, the Government may change the interest percentage in accordance with the regulations of the Farmers Home Administration.

[Seal]

The partied appearing on this instrument agree

further, that this agreement does not constitute an extinctive novation of the existing obligation (debt) mentioned above, as there exists no incompatibility with said existing obligation (debt), and the modification of same under the terms and conditions stated herein. They therefore request that the Honorable Property Registrar confirm this upon the recording of this document.

[Seal]

### ACCEPTANCE AND GRANTING

**THE PARTIES ACCEPT** this deed in all its parts, finding it has been drafted in accordance with their instructions.

I made to the appearing parties the legal warnings and reservations pertinent to this granting, and they state they are fully informed of same.

[Illegible handwriting]

After the appearing parties read this deed, they do ratify it, affixing their initials to all pages of the original of this deed, and signing it, all in one act, after it was read aloud by me, the Notary, before me, the Authorizing Notary.

[Seal]

**TO ALL OF WHICH,** and to all that is stated on this deed, I, the authoring Notary, **DO ATTEST**.

Norma Iris Febus López

Signed:       Carlos Ramírez

Signed, stamped, sealed and initialed:

Efraín Bermúdez Rivera

[Seal]

The corresponding Internal Revenue and Notary Tax seals have been cancelled on the original. The initials of the appearing parties appeared on each page of the original.

I CERTIFY: That the foregoing is a true and exact copy of its original, filed under number 146 in my protocol of public instruments for the year two thousand three (2003), which (include documents attached to the original) consists of seven (7) pages.

(I FURTHER CERTIFY that the copy (copies) of the document(s) attached to this (these) is (are) a true and exact copy (copies) of the original document(s) attached to this deed).

IN WITNESS WHEREOF, I issue the first certified copy upon the request of Carlos Ramírez in Santa Isabel, Puerto Rico, today, August 15, 2003.

[Handwritten]
Modification made
on book 270 of
Salinas, farm
number 6014
8th recording
Guayama,
October 27, 2003.
No fees

[Signatures]

Registrar

[Seal]

ESCRITURA NUMERO CIENTO CUARENTA Y SEIS (146)

----REAMORTIZACION DE PRESTAMO HIPOTECARIO ---

---------------Y MODIFICACION DE HIPOTECA-----------------

-----En la ciudad de Ponce, Puerto Rico, a los quince (15) días

del mes de agosto del año dos mil tres (2003).--------------------

--------------------------------ANTE MI----------------------------------

-----EFRAIN BERMUDEZ RIVERA, Abogado-Notario Público

de la Isla de Puerto Rico con residencia, vecindad y estudio

abierto en Santa Isabel, Puerto Rico.---------------------------------

------------------------------COMPARECEN----------------------------



-----DE LA PRIMERA PARTE:   DOÑA NORMA IRIS FEBUS

LOPEZ, seguro social número 5            mayor de edad,

soltero, agricultor, propietario y vecina de Salinas,   Puerto

Rico, denominado "DEUDOR HIPOTECARIO".----------------

-----DE LA SEGUNDA PARTE:    ESTADOS UNIDOS DE

AMERICA, actuando por conducto y a través de FARM

SERVICE AGENCY a tenor de las disposiciones de la Ley del

Congreso titulada "Consolidated Farmers Home Administration

Act of 1961", según enmendada, Columbia, Estados Unidos de

América, representada en este acto por DON CARLOS

RAMIREZ, seguro social número        ,  seguro social

patronal :            , mayor de edad, casado, empleado y

vecino de San German, Puerto Rico en su carácter de Gerente

1

de Crédito Agrícola de (FARM SERVICE AGENCY), denominado como "EL ACREEDOR HIPOTECARIO".---------

-----DOY FE del conocimiento personal de los comparecientes y por sus dichos de su edad, estado civil, profesión y vecindad.

  Me aseguran tener y a mi juicio tienen la capacidad legal necesaria para el presente otorgamiento y al efecto libremente,

----------------------------------EXPONEN----------------------------------

-----PRIMERO:   Que la compareciente de la primera parte es dueña  en pleno dominio de la propiedad que se describe a continuación:------------------------------------------------------

-----RUSTICA:   Predio de terreno marcado con el número quince (15) en el Plano de Subdivisión de la finca Húcar, sita en el Barrio Lapas del término municipal de Salinas, Puerto Rico;   compuesta de trece cuerdas con ochenta mil ochocientos ochenta y ocho diez milésimas de otra (13.80888), equivalentes a cincuenta y cuatro mil doscientos setenta y cuatro punto treinta y siete sesentiún metros cuadrados (54,274.37610), con lindes por el Norte, con la finca número catorce (14);   por el Sur, con la finca número dieciseis (16);   por el Este, con camino que le separa de los terrenos para uso público;   y por el Oeste, con la Hacienda Húcar, Inc.------------------------------------------------------

-----Inscrita al folio ciento sesenta y uno (161) del tomo ciento sesenta y cinco (165) de Salinas, Puerto Rico, finca seis mil catorce (6014), inscripción séptima (7ma).----------------------

-----El prestatario adquirió dicha propiedad por compra a Ernesto Ortiz Félix y esposa Elba Luisa Díaz Ramos según consta en escritura de compraventa ciento diecisiete (117), otorgada en Ponce, Puerto Rico el día veintisiete (27) de octubre  del  mil novecientos noventa y ocho (1998) ante el Notario Efraín Bermúdez Rivera.------------------------------------

-----SEGUNDO:   Se halla afecta a hipoteca en garantía de





2

pagaré por la suma de ciento ochenta y cinco mil dólares ($185,000.00) con intereses al cinco por ciento (5.00%) anual pagadero el principal e intereses a plazos que en el mismo se estipulan según consta en escritura número ciento dieciocho (118) de fecha veintisiete (27) de octubre del mil novecientos noventa y ocho (1998) ante el Notario Efraín Bermúdez Rivera en Ponce, Puerto Rico.  Inscrita al folio ciento sesenta y uno (161) del tomo ciento sesenta y cinco (165) de Salinas, finca seis mil catorce (6014), incripción séptima (7ma).---------------
-----Sigue manifestando el deudor hipotecario que con el fin de reamortizar la deuda hipotecaria solicitó y obtuvo el consentimiento del acreedor hipotecario, Estados Unidos de América, actuando por conducto y a través de FARM SERVICE AGENCY en conformidad con la Ley del Congreso titulada "Consolidated Farmers Home Administration Act of 1961" y el reglamento aprobado al efecto para reamortizar la deuda hipotecaria.-----------------------------------------------------------
-----TERCERO:    Manifiesta el compareciente de la primera parte que son de su propio y personal conocimiento todas y cada una de las obligaciones, claúsulas y estipulaciones contenidas o mencionadas en la escritura de hipoteca y en este acto en forma clara, solemne y terminantemente se obliga a cumplir todas y cada una de dichas obligaciones, claúsulas y



3

estipulaciones requeridas por la Administración de FARM

SERVICE AGENCY.------------------------------------------------

------------REAMORTIZACION Y MODIFICACION------------

---------------DE PAGO DE PAGARE DE HIPOTECA---------------

-----CUARTO:    Manifiesta el compareciente de la primera

parte el carácter que ostenta, que habiendo sido aceptado el

compareciente de la primera parte, para recibir los beneficios de

la Ley del Congreso "CONSOLIDATED FARMERS HOME

ADMINISTRATION ACT OF 1961" según enmendada, han

convenido modificar y reamortizar los pagos de los plazos

consignados en el pagaré en la siguiente forma:--------------------

-----Por habersele dado un diferimiento de un año, la nueva

forma de pago será de la siguiente forma:----------------------------

-----$1,268.00 en 01-01-04------------------------------------------

-----$1,268.00 en 01-01-05------------------------------------------

-----$1,268.00 en 01-01-06------------------------------------------

-----$1,268.00 en 01-01-07------------------------------------------

-----$1,268.00 en 01-01-08------------------------------------------

---$13,522.00  en 01-01-09 y subsiguientemente al primero

(1ro) de enero de cada año excepto el pago final que vencerá

y será pagadero el quince (15) de agosto del dos mil treinta y

ocho (2038).    La misma será pagadero por treinta y cinco

(35) años con intereses anual de cinco por ciento (5.00%).---



-----Al día de hoy tiene un balance de ciento setenta y siete mil ochocientos ochenta y uno con dos centavos ($177,881.02) de principal y nueve mil ochocientos treinta y ocho dólares con cincuenta y cuatro centavos ($9,838.54) de intereses para un nuevo y principal de ciento ochenta y siete mil setecientos diecinueve dólares con cincuenta y seis centavos ($187,719.56).-------------------------------------------------------

-----QUINTO: El compareciente de la primera parte en el carácter que ostenta, me entrega a mi, el Notario autorizante, el pagaré garantizado con la hipoteca quien me asegura no ha sido negociado ni gravado en forma alguna por su actual tenedor y poseedor, Estados Unidos de América, y una vez identificado por mí, ceciorándome de que se trata del pagaré originalmente emitido, procedo a poner al dorso del mismo la siguiente nota:------------------------------------------------------

-----El importe de este pagaré y la hipoteca que lo garantiza, ha sido ampliada y reamortizada al quince (15) de agosto del dos mil tres (2003), dió un saldo deudor montante a CIENTO SETENTA Y SIETE MIL OCHOCIENTOS OCHENTA Y UN DOLARES CON DOS CENTAVOS ($177,881.02) de pricipal y NUEVE MIL OCHOCIENTOS TREINTA Y OCHO DOLARES CON CINCUENTA Y CUATRO CENTAVOS ($9,838.54) de intereses para un nuevo principal de CIENTO

5

OCHENTA Y SIETE MIL SETECIENTOS DIECINUEVE DOLARES CON CINCUENTA Y SEIS CENTAVOS ($187,719.56) el cual devengará intereses a razón del cinco por ciento (5.00%) anual. Por habersele dado un diferimiento de un año habrá de ser pagada de la siguiente forma:------------

-----$1,268.00 en 01-01-04-------------------------------------

-----$1,268.00 en 01-01-05-------------------------------------

-----$1,268.00 en 01-01-06-------------------------------------

-----$1,268.00 en 01-01-07-------------------------------------

-----$1,268.00 en 01-01-08-------------------------------------

-----$13,522.00 en 01-01-09 y subsiguientemente al primero (1ro) de enero de cada año excepto el pago final que vencerá y será pagadero el quince (15) de agosto del dos mil treinta y ocho (2038), con intereses anual de cinco por ciento (5.00%), según consta en escritura número ciento cuarenta y seis (146) de reamortización préstamo hipotecario ante el Notario Efraín Bermúdez Rivera de fecha quince (15) de agosto del dos mil tres (2003).------------------------------------------------

-----Por tratarse de un préstamo de recursos limitados según indicado en el Pagaré, el Gobierno puede cambiar el porciento de interés de acuerdo con los reglamentos de la Administración de Hogares de Agricultores.------------------------------------

-----Las partes comparecientes en este instrumento convienen







6

asimismo, que este convenio de reamortización no constituye una novación extintiva de la obligación (deuda) existente a la cual ya se ha hecho mención, por no haber ni existir incopatibilidad enter dicha obligación (deuda) existente y la modificación de la misma bajo los terminos y condiciones aquí consignadas, por lo que se ruega al Honorable Registrador de la Propiedad, que así se haga constar en la inscripción de este documento.----------------------------------------------------------------

----------------ACEPTACION Y OTORGAMIENTO----------------

-----LOS COMPARECIENTES ACEPTAN ésta escritura en todas sus partes, por hallarla redactada conforme a sus instrucciones.----------------------------------------------------------------

-----Hice a las partes comparecientes las advertencias legales pertinentes al presente otorgamiento de las que manifiestan haber quedado bien enterados.----------------------------------------

-----Leída ésta escritura por los comparecientes, se ratifican en ella, fijando sus iniciales en todos los folios del original de ésta escritura, y la firman, todos en un solo acto, después de haber leído en alta voz por mí, el Notario, ante mí, el Notario Autorizante.----------------------------------------------------------

-----DE TODO LO CUAL, y de todo lo consignado en la presente escritura, YO, el Notario Autorizante, DOY FE.----------

----------------------------------------------------------------

----------------------------------------------------------------



7

Norma Iris Febus López
Carlos Ramírez

Firmado: _____

Firmado, signado, sellado y rubricado: _____
Efraín Bermúdez Rivera

Hay canceladas en el original los correspondientes sellos de Rentas Internas y el Impuesto Notarial. Las iniciales de los otorgantes aparecen estampadas en cada uno de los folios del original.

CERTIFICO: Que la que precede es copia fiel y exacta de su original, que bajo el número ___146___ obra en mi protocolo de instrumentos públicos para el año _____dos mil tres_____ (2003 ) la cual, (incluyendo los documentos anejos al original) contiene _siete (7)___ folios.

(CERTIFICO, además que la(s) copia(s) del de los) documento(s) anejo(s) a esta copia(s) fiel y exacta(s) del (de los) que obra(n) anejo(s) al original de esta escritura).

**EN TESTIMONIO DE LO CUAL, expido** la _primera___ copia certificada a solicitud de _CArlos Ramírez_____ en _____Santa Isabel_____, **Puerto Rico, hoy día** __15____ de _agosto_ de_ 2003___

Hecho la modificación
al tomo 270 de
Salinas, finca
número 6014 a
inscripción 8 a
Guayama 27 de
octubre del 2003.
Dos derados

Exhibit 6

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:       Febus Lopez, Norma Iris           Case No:   63-026-7591

### *CERTIFICATION OF INDEBTEDNESS*

I, Jean P. Tilen Napoli, of legal age, married, a resident of Patillas, Puerto Rico in my official capacity as
Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

  *Statement of Account as of  October 15, 20202*

| | |
|---|---|
| Loan Number | 41-02 |
| Original Note Amount | $185,000.00 |
| Original Note Date | 10/29/1998 |
| Date of Last Payment | 1/15/2008 |
| Principal Balance | $185,697.91 |
| Unpaid Interest | $155,254.93 |
| Misc. Charges | $0.00 |
| Total Balance | $340,952.84 |
| Daily Interest Accrual | $                25.4381 |
| Amount Delinquent | $162,264.00 |
| Years Delinquent | 11 |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

Jean P. Tilen Napoli
LRTF Contractor
October 15, 2020

Exhibit 7

## Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN:              XXX-XX-7591

Birth Date:

Last Name:        FEBUS LOPEZ

First Name:       NORMA

Middle Name:

Status As Of:     Oct-09-2020

Certificate ID:   9JRZVG7YG577YMR

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| United States of America,<br>acting through the<br>United States Department of Agriculture<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>NORMA IRIS FEBUS LÓPEZ, et als.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

FORECLOSURE OF MORTGAGE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Conjugal Partnership Colón-Padilla
S. Rd. 1, Km. 73
Lapas Wd.
Salinas, P.R. 00751

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| United States of America, acting through the United States Department of Agriculture | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. |
| v. | ) | FORECLOSURE OF MORTGAGE |
| NORMA IRIS FEBUS LÓPEZ, et als. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DELIA ENID PADILLA
S. Rd. 1, Km. 73
Lapas Wd.
Salinas, P.R. 00751

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
                                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $        0        .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| United States of America, acting through the United States Department of Agriculture | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. |
| v. | ) | FORECLOSURE OF MORTGAGE |
| NORMA IRIS FEBUS LÓPEZ, et als. | ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GERARDO COLON COLON
S. Rd. 1, Km. 73
Lapas Wd.
Salinas, P.R. 00751

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture <br><br>_____ <br>*Plaintiff(s)* <br><br>v. <br><br>NORMA IRIS FEBUS LÓPEZ, et als. <br><br>_____ <br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. <br><br> FORECLOSURE OF MORTGAGE |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NORMA IRIS FEBUS LÓPEZ
Ave. Pennsylvania #402           S. Rd. 1, Km. 73
Salinas, P.R. 00751              Lapas Wd.
                                 Salinas, P.R. 00751

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        JUAN CARLOS FORTUÑO FAS
        P.O. BOX 3908
        GUAYNABO PR 00970

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI):  Fortuño, Juan Carlos

USDC-PR Bar Number:  211913

Email Address:  jcfortuno@fortuno-law.com

1.  Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

   Plaintiff:  UNITED STATES OF AMERICA, acting through the USDA

   Defendant:  NORMA IRIS FEBUS LÓPEZ; ET ALS.

2.  Indicate the category to which this case belongs:

   ☒ Ordinary Civil Case
   ☐ Social Security
   ☐ Banking
   ☐ Injunction

3.  Indicate the title and number of related cases (if any).

   N/A

4.  Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐ Yes
   ☒ No

5.  Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes
   ☒ No

6.  Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

   ☐ Yes
   ☒ No

Date Submitted:  October 27, 2020

rev. Dec. 2009

Print Form    Reset Form

JS 44   (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | NORMA IRIS FEBUS LÓPEZ, et als. |

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Salinas, P.R.
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Juan C. Fortuño Fas
Po Box 3908, Guaynabo, PR 00970
Tel. 787-751-5290

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government
      Plaintiff

☐ 2  U.S. Government
      Defendant

☐ 3  Federal Question
      *(U.S. Government Not a Party)*

☐ 4  Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                       *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product   Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability   ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &   Pharmaceutical | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | Slander   Personal Injury | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'   Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | Liability   ☐ 368 Asbestos Personal | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and |
| Student Loans | ☐ 340 Marine   Injury Product | | | Corrupt Organizations |
| (Excludes Veterans) | ☐ 345 Marine Product   Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | Liability   **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer |
| of Veteran's Benefits | ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | Act | ☐ 862 Black Lung (923) | Protection Act |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | Product Liability   ☐ 380 Other Personal | Relations | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal   Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | Exchange |
| ☐ 196 Franchise | Injury   ☐ 385 Property Damage | ☐ 751 Family and Medical | | ☐ 890 Other Statutory Actions |
| | ☐ 362 Personal Injury -   Product Liability | Leave Act | | ☐ 891 Agricultural Acts |
| | Medical Malpractice | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | Income Security Act | or Defendant) | Act |
| ☒ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate | | 26 USC 7609 | ☐ 899 Administrative Procedure |
| ☐ 240 Torts to Land | ☐ 443 Housing/   Sentence | | | Act/Review or Appeal of |
| ☐ 245 Tort Product Liability | Accommodations   ☐ 530 General | | | Agency Decision |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of |
| | Employment   **Other:** | ☐ 462 Naturalization Application | | State Statutes |
| | ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other   ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education   ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
      Proceeding

☐ 2  Removed from
      State Court

☐ 3  Remanded from
      Appellate Court

☐ 4  Reinstated or
      Reopened

☐ 5  Transferred from
      Another District
      *(specify)*

☐ 6  Multidistrict
      Litigation -
      Transfer

☐ 8  Multidistrict
      Litigation -
      Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Consolidated Farm & Development Act, 7 USC 1921, et seq. & 28 USC 1345

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $
340,952.84

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
10/28/2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____